# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL ISIDRO NUNEZ, | No. CV 12-10800-JVS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.D. BITTER, | |
| Respondent. | |

Pursuant to the order accepting the findings, conclusions and recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 29, 2015

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE